01
02
03
04
05                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. CR19-077-RSM
08           Plaintiff,                  )
                                         )
09           v.                          )
                                         )   DETENTION ORDER
10  ERIC F. COSTON,                      )
                                         )
11           Defendant.                  )
    _____ )
12

13  Offense charged:    Felon in Possession of a Firearm

14  Date of Detention Hearing:   February 4, 2020.

15      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

16  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17  that no condition or combination of conditions which defendant can meet will reasonably assure

18  the appearance of defendant as required and the safety of other persons and the community.

19              FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20      1.      Defendant comes before this Court pursuant to a Writ of Habeas Corpus ad

21  Prosequendum.   Therefore, the issue of detention is moot, since defendant would be returned

22  to state custody if not detained.   Defendant has pled guilty to the charge of Felon in Possession

DETENTION ORDER
PAGE -1

of a Firearm, and is pending sentencing.   Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on custodial status, use of alias names, and unverified information.   Defendant poses a risk of danger based on the nature and circumstances of the offense, and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of February, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge